# SEALED

AO 442 (Rev. 11 11) Arrest Warrant                                                                    11744217

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

2024 DEC -5 A 9: 48

W/TX-S... ...TONIO

United States of America
v.
Brooklynn Chandler Willy

Case No. SA-24-cr-00600-XR-1

**FILED**
JAN 28 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

*Defendant*

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brooklynn Chandler Willy

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1512 (c)(2) & 2, Obstruction of and Attempt to Obstruct an Official Proceeding
Count 2: 18 U.S.C. § 1001(a)(2), False Statement
Count 3: 18 U.S.C. § 1028A, Aggravated Identity Theft

Date:   12/04/2024

*Issuing officer signature*

City and state:   San Antonio, Texas

Brenda Trujillo, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/6/2024, and the person was arrested on *(date)* 12/10/2024
at *(city and state)* San Antonio, TX

Date: 1/16/2025

*Arresting officer's signature*

Kevin Collins  FBI Special Agent
*Printed name and title*